# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES LEE BROWN,<br><br>    Defendant. | 2:12-CR-037-GMN-(RJJ) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT JAMES LEE BROWN

On May 3, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant JAMES LEE BROWN to the United States of America. Preliminary Order of Forfeiture, ECF No. 20.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 20) is final as to defendant JAMES LEE BROWN.

DATED this 28 day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE