UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES LEE BROWN, ) <br> ) <br> Defendant. ) | 2:12-CR-037-GMN-(RJJ) |

**FINAL ORDER OF FORFEITURE**

On April 9, 2012, and May 3, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JAMES LEE BROWN to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant JAMES LEE BROWN pled guilty. Preliminary Orders of Forfeiture, ECF Nos. 17 and 20; Plea Memorandum, ECF No. 16.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 12, 2012, through June 10, 2012, notifying all third parties of their right to petition the Court.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United
5  States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2);Title
6  18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title
7  21, United States Code, Section 853(n)(7) and shall be disposed of according to law:
8      a)    Norinco shotgun, serial number 0026538; and
9      b)    any and all ammunition.
10 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
11 certified copies to the United States Attorney's Office.
12 DATED this 17th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associate Paralegal, certify that the following individuals were served with copies of the Final Order of Forfeiture on October 16, 2012, by the below identified method of service:

<u>Electronic Filing</u>

Raquel Lazo
Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
Raquel_Lazo@fd.org
Counsel for James Lee Brown

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101
Karen_Brokaw@fd.org
Counsel for James Lee Brown

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd. Suite C
Las Vegas, NV 89102-2258
rjroske@yahoo.com
Counsel for Martell Bernard Bland

<u>/s/ Ray Southwick</u>
Ray Southwick
Forfeiture Support Associate Paralegal